# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., UNILOC 2017 LLC, UNILOC LICENSING USA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO. LTD.,<br><br>Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO. 2:18-CV-00357-JRG |

## ORDER

Before the Court is Plaintiffs Uniloc USA, Inc., Uniloc 2017 LLC, and Uniloc Licensing USA LLC's (collectively "Uniloc") Notice of Dismissal Without Prejudice (Dkt. No. 10), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). In light of the Notice of Dismissal, it is hereby **ORDERED** that Uniloc's action against Defendants Huawei Device USA, Inc., and Huawei Device Co. Ltd. has been dismissed without prejudice. The Clerk is directed to **CLOSE** the above-referenced case.

**So Ordered this**
**Aug 16, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE